

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2020

No. 04-20-00211-CR

Alfred Alan **GOODEMOTE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2019-02515
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

     Appellant's second motion for an extension of time to file the appellant's brief is granted. We order the appellant's brief due on September 4, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court